# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CCC CAPITAL INVESTMENTS, LLC,<br><br>　　　Plaintiff<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-01429-APG-VCF<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Bank of America, N.A.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Bank of America, N.A. as required by the amendment to that rule.

I FURTHER ORDER Bank of America, N.A. to file a proper certificate of interested parties by September 22, 2023.

DATED this 14th day of September, 2023.

　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE