SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
ANONA SU, ESQ.
Nevada Bar No. 16140
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: scott.lachman@akerman.com
Email: anona.su@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CCC CAPITAL INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, a Foreign corporation; BANK OF AMERICA, N.A., a national banking association; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01429-APG-VCF<br><br>**STIPULATION AND ORDER TO FILE AMENDED COMPLAINT AND FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

CCC Capital Investments, LLC (**CCC Capital**) and Bank of America, N.A. (**BANA**), hereby stipulate that CCC Capital shall have until October 12, 2023, to file its amended complaint and BANA shall have until November 13, 2023, to file its response to the amended complaint. The complaint was filed in state court on April 17, 2023, and removed to this court on September 12, 2023.

Good cause exists to grant the requested extension. BANA requested the extension from CCC Capital so that the parties could continue to explore settlement options as well as numerous other commitments in similar actions. The parties further stipulate and agree that CCC Capital reserves the right to file a motion to remand prior to or after the filing of its amended complaint.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 19th day of September, 2023.

| **AKERMAN LLP**<br><br>/s/ Anona Su<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>ANONA SU, ESQ.<br>Nevada Bar No. 16140<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | **HONG & HONG LAW OFFICE**<br><br>/s/ Joseph Y. Hong<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br><br>*Attorney for CCC Capital Investments, LLC* |
|---|---|

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: 9/19/23**