SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
ANONA SU, ESQ.
Nevada Bar No. 16140
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: anona.su@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CCC CAPITAL INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; BANK OF AMERICA, N.A., a national banking association; VALENTIN SOFRONI, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01429-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON BANK OF AMERICA, N.A.'S MOTION TO DISMISS, TO EXPUNGE THE LIS PENDENS, AND FOR FINAL JUDGMENT UNDER RULE 54(b)**<br><br>**(FIRST REQUEST)** |

CCC Capital Investments, LLC and Bank of America, N.A. (**BANA**), hereby stipulate that CCC shall have up to and including **December 4, 2023**, to file its response to BANA's motion, which is currently due on November 27, 2023, pursuant to ECF Nos. 18, 19, and 20. BANA filed its motion on November 13, 2023. The parties are also in agreement to allow BANA up to and including **December 21, 2023**, to file its reply.

/ / /

/ / /

/ / /

1  This is the parties' first request for an extension of this deadline and is not intended to cause
2  any delay or prejudice to any party.

3  DATED this 14th day of November, 2023.

| **AKERMAN LLP** | **HONG & HONG LAW OFFICE** |
|---|---|
| */s/ Anona Su* | */s/ Joseph Y. Hong* |
| SCOTT R. LACHMAN, ESQ. | JOSEPH Y. HONG, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 5995 |
| ANONA SU, ESQ. | 1980 Festival Plaza Drive, Suite 650 |
| Nevada Bar No. 16140 | Las Vegas, NV 89135 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for CCC Capital Investments, LLC* |
| *Attorneys for Bank of America, N.A.* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:23-cv-01429-APG-VCF

DATED: November 15, 2023

{73645839;1}                                     2