KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
Tel (702) 258-8200
Email: knielson@tblaw.com
*Attorney for Defendant National Default Servicing Corporation*

TB #23-73031

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CCC CAPITAL INVESTMENTS, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, a Foreign Corporation; BANK OF AMERICA, N.A., a national banking association VALENTIN SOFRONI, an individual; DOES I through X, inclusive; and ROE BUESINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01429-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF NATIONAL DEFAULT SERVICING CORPORATION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff, CCC Capital Investments, LLC' and Defendant, National Default Servicing Corporation ("NDSC"), by and through undersigned and respective counsel, hereby stipulate and agree that Defendant, NDSC shall have additional time, up to and including **December 21, 2023** to file its Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint. The current deadline is November 23, 2023. The parties enter into this stipulation to accommodate time and scheduling constraints on counsel for NDSC.

/./../

/./../

/./../

/./../

TIFFANY & BOSCO, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas NV 89135
Tel (702) 258-8200 Fax (702) 258-8787

TIFFANY & BOSCO, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas NV 89135
Tel (702) 258-8200 Fax (702) 258-8787

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

Dated this 17th day of November, 2023.

TIFFANY & BOSCO, P.A.

*/s/ Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No.: 10698
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
(702) 258-8200
knielson@tblaw.com
*National Default Servicing Corporation*

Dated this 17th day of November, 2023.

HONG & HONG LAW OFFICE

*/s/ Joseph Y. Hong*
Joseph Y. Hong, Esq.
Nevada State Bar No: 5995
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
(702) 870-1777
yosuphonglaw@gmail.com
*Attorneys for CCC Capital Investments, LLC*

**ORDER**

Upon stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that NDSC shall have until **December 21, 2023**, to file its Reply in Support of Motion to Dismiss Plaintiff's Amended Complaint.

UNITED STATES DISTRICT COURT JUDGE

DATED: November 20, 2023

Respectfully Submitted by:

**TIFFANY & BOSCO, P.A.**

*/s/ Krista J. Nielson, Esq.*
Krista J. Nielson, Esq.
*Attorney for National Default Servicing Corporation*