UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CCC CAPITAL INVESTMENTS, LLC,<br><br>  Plaintiff<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br><br>  Defendants | Case No.: 2:23-cv-01429-APG-MDC<br><br>**Order** |

Plaintiff CCC Capital Investments, LLC, defendant National Default Servicing Corporation, and defendant Valentin Sofrini have not filed a certificate of interested parties as required by Local Rule 7.1-1. Consequently, I order them to do so by March 20, 2024.

I remind the parties that the amendment to Federal Rule of Civil Procedure 7.1(a)(2) requires parties in a diversity case to identify their citizenship. A limited liability company like CCC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). CCC's certificate of interested parties thus must identify the citizenship of each of its members, and if any of its members are limited liability companies, the citizenship of each of those members, and so on, until the citizenship is determined through natural persons or corporations. NDSC must identify both its place of incorporation and principal place of business. 28 U.S.C. § 1332(c)(1). Sofrini also must identify his citizenship.

I recognize that Bank of America asserts that federal question jurisdiction exists. ECF No. 1. However, Bank of America also removed on diversity grounds and CCC has asserted that diversity no longer exists. ECF No. 11 at 5. **To ensure this court has subject matter**

**jurisdiction, the parties must identify their citizenship as of the time the complaint is filed and the time Bank of America removed the case.** *See Strotek Corp. v. Air Transp. Ass'n. of Am.*, 300 F.3d 1129, 1131 (9th Cir. 2002).

I THEREFORE ORDER that by March 20, 2024, plaintiff CCC Capital Investments, LLC, defendant National Default Servicing Corporation, and defendant Valentin Sofrini must file a certificate of interested parties that complies with Local Rule 7.1-1 and that identifies their citizenship as of the time the complaint was filed and as of the time of removal.

DATED this 7th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE