UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CCC CAPITAL INVESTMENTS, LLC, | Case No.: 2:23-cv-01429-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| NATIONAL DEFAULT SERVICING CORPORATION, et al., | |
| Defendants | |

 I previously ordered plaintiff CCC Capital Investments, LLC to file a certificate of interested parties as required by Local Rule 7.1-1. ECF No. 35.  In that order, I advised CCC that it must comply with Federal Rule of Civil Procedure 7.1(a)(2), which requires parties in a diversity case to identify their citizenship.  I also advised CCC that as a limited liability company, it is a citizen of every state of which its owners/members are citizens. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Consequently, I ordered that CCC's certificate of interested parties must identify the citizenship of each of its members, and if any of its members are limited liability companies, the citizenship of each of those members, and so on, until the citizenship is determined through natural persons or corporations.  I also advised CCC that "**[t]o ensure this court has subject matter jurisdiction, the parties must identify their citizenship as of the time the complaint is filed and the time Bank of America removed the case.**" ECF No. 35 at 1-2.

 CCC failed to comply with my order.  It filed a certificate of interested parties that did not identify the citizenship of CCC's members. ECF No. 42.  Consequently, I strike CCC's certificate of interested parties and order it to file a proper one.

I THEREFORE ORDER that by March 29, 2024, plaintiff CCC Capital Investments, LLC must file a certificate of interested parties that complies with Local Rule 7.1-1 and that identifies its citizenship as of the time the complaint was filed and as of the time of removal. Failure to comply with this order may result in sanctions against CCC and its counsel, including monetary sanctions and the striking of claims or defenses.

DATED this 21st day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE